IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEIDRA DAWLEY,

                                                 ORDER

                    Plaintiff,

                                         11-cv-109-bbc

        v.

LAW OFFICE OF VINCENT P.
CIGNARALE, LLC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At a telephone status conference held in this case, plaintiff's counsel, David Marco,

advised the court that plaintiff had received only one payment from defendant on the agreed

settlement and that he had been unable to make any further contact with defendant.

It appears that the best way of resolving the matter is for plaintiff to seek default

judgment against defendant.  A hearing on the default will be held by telephone at 8:30 am,

Thursday, November 17, 2011.  The documents supporting the default are to be filed

1

electronically with the court no later than 4:00 pm, Monday, November 14, 2011.

Entered this 2d day of November, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2