IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEIDRA DAWLEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 11-cv-109-bbc

LAW OFFICE OF VINCENT P.
CIGNARALE, LLC.,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Deidra Dawley against defendant Law Office of Vincent P. Cignarale, LLC., in the total amount of $2,593.50.


_____  _____
Peter Oppeneer, Clerk of Court              11/29/11
                                                                       Date