IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEIDRA DAWLEY,

      Plaintiff,

v.

LAW OFFICE OF VINCENT P.
CIGNARALE, LLC.,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-109-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Deidra Dawley against defendant Law Office of Vincent P. Cignarale, LLC., in the total amount of $2,593.50.

_____      _____
Peter Oppeneer, Clerk of Court                    11/29/11
                                                            Date